UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20915-JB

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

FLAGLER 251, LLC; MARSHALLS OF MA, INC. d/b/a MARSHALLS #650; SOVEREIGN OF MIAMI LLC d/b/a SOVEREIGN ASIAN KITCHEN; and DOWNTOWN PIZZA PARADISE, LLC d/b/a D'ORO PIZZA BAR,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, MARSHALLS OF MA, INC. d/b/a MARSHALLS #650, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than thirty (30) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines as to Defendant, MARSHALLS OF MA, INC. d/b/a MARSHALLS #650 only.

Respectfully submitted this April 21, 2025.

| | |
|---|---|
| *By:* /s/ *Ramon J. Diego*<br>RAMON J. DIEGO<br>Florida Bar No. 689203<br>**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**<br>5001 SW 74th Court, Suite 103<br>Miami, Florida 33155<br>Telephone: (305) 350-3103<br>Email: ramon@rjdiegolaw.com<br>*Counsel for Plaintiff* | By: */s/ Kevin M. Young*<br>KEVIN M. YOUNG<br>Florida Bar No.: 114151<br>**SEYFARTH SHAW LLP**<br>1075 Peachtree Street, N.E., Suite 2500<br>Atlanta, Georgia 30309-39958<br>Telephone: (404) 885-1500<br>Email: kyoung@seyfarth.com<br>*Counsel for Defendant, Marshalls of MA Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this April 21, 2025.

        Respectfully submitted,

        **THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: _/s/_ Ramon J. Diego
RAMON J. DIEGO