UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20915-JB

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

FLAGLER 251, LLC; MARSHALLS OF MA, INC. d/b/a MARSHALLS #650; SOVEREIGN OF MIAMI LLC d/b/a SOVEREIGN ASIAN KITCHEN; and DOWNTOWN PIZZA PARADISE, LLC d/b/a D'ORO PIZZA BAR,

    Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, MARSHALLS OF MA, INC. d/b/a MARSHALLS #650, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE to the immediate dismissal of this action with prejudice as to Defendant, MARSHALLS OF MA, INC. d/b/a MARSHALLS #650 only.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on May 5, 2025.

| | |
|---|---|
| *By:* /s/ *Ramon J. Diego* | *By: /s/ Kevin M. Young* |
| RAMON J. DIEGO | KEVIN M. YOUNG |
| Florida Bar No. 689203 | Florida Bar No.: 114151 |
| **THE LAW OFFICE OF RAMON J. DIEGO, P.A.** | **SEYFARTH SHAW LLP** |
| 5001 SW 74th Court, Suite 103 | 1075 Peachtree Street, N.E., Suite 2500 |
| Miami, FL 33155 | Atlanta, Georgia 30309-3958 |
| Telephone: (305) 350-3103 | Telephone: (404) 885-1500 |
| Email: ramon@rjdiegolaw.com | Emails: kyoung@seyfarth.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, Marshalls of MA, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on May 5, 2025.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com

By: */s/_Ramon J. Diego_____*
        RAMON J. DIEGO