# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.   25-cv-20915-JB

NIGEL FRANK DE LA TORRE PARDO,

      Plaintiff,

vs.

FLAGLER 251, LLC, *et al*,

      Defendants.

_____/

## ORDER OF DISMISSAL AS TO DEFENDANT MARSHALLS OF MA, INC. d/b/a MARSHALLS #650

**THIS CAUSE** came before the Court on the Plaintiff's Joint Stipulation of Final Dismissal with Prejudice against Marshalls of MA, Inc., d/b/a Marshalls #650 ("Marshalls").   ECF No. [26].   Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** but only as between Plaintiff and Marshalls. The Clerk is directed to **TERMINATE** Marshalls as a Defendant.

**DONE AND ORDERED** in Miami, Florida this 13th day of May, 2025.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**