UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20915-JB

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

FLAGLER 251, LLC; MARSHALLS OF MA, INC. d/b/a MARSHALLS #650; SOVEREIGN OF MIAMI LLC d/b/a SOVEREIGN ASIAN KITCHEN; and DOWNTOWN PIZZA PARADISE, LLC d/b/a D'ORO PIZZA BAR,

    Defendants.

_____/

## **JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendants, FLAGLER 251, LLC, SOVEREIGN OF MIAMI LLC and DOWNTOWN PIZZA PARADISE, LLC by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE to the immediate dismissal of this action with prejudice.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on June 30, 2025.

| | |
|---|---|
| *By:* /s/ *Ramon J. Diego*<br>RAMON J. DIEGO<br>Florida Bar No. 689203<br>**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**<br>5001 SW 74th Court, Suite 103<br>Miami, FL 33155<br>Telephone: (305) 350-3103<br>Email: ramon@rjdiegolaw.com<br>*Counsel for Plaintiff* | *By:* /s/ *Paula J. Phillips*<br>PAULA J. PHILLIPS<br>Florida Bar No.: 0133360<br>**PHILLIPS PEREZ, P.A.**<br>3296 N. Federal Hwy. No. 11454<br>Fort Lauderdale, FL 33306<br>Telephone: (305) 890-3300<br>Emails: paula@phillipsperez.com<br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on June 30, 2025.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com

By: /s/ Ramon J. Diego
       RAMON J. DIEGO