UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   25-cv-20915-JB

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

vs.

FLAGLER 251, LLC, *et al*,

    Defendants.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** came before the Court on the Plaintiff's Joint Stipulation of Final Dismissal with Prejudice against Flagler 251, LLC, Sovereign of Miami LLC and Downtown Pizza Paradise, LLC.   ECF No. [28].   Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Miami, Florida this 30th day of June, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE